# In the United States Court of Federal Claims

No. 14-691 C

ANTHONY PISZEL

v.

**JUDGMENT**

THE UNITED STATES

Pursuant to the court's Memorandum Opinion and Order, filed June 12, 2015, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed. Each party shall bear their own costs.

|  |  |  |
|---|---|---|
|  | Hazel C. Keahey | |
|  | Clerk of Court | |
| **June 16, 2015** | By: | s/ Debra L. Samler |
|  | Deputy Clerk | |

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.